In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-07-00012-CR


______________________________




DONALD EUGENE BRUCE, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 188th Judicial District Court


Gregg County, Texas


Trial Court No. 34,094-A




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Moseley



MEMORANDUM OPINION



 Donald Eugene Bruce was convicted by a Gregg County jury of multiple counts of
aggravated sexual assault of a child and one count of indecency with a child by contact. In trial
court cause number 33,756-A (our cause number 06-07-00011-CR), Bruce was charged with two
counts of aggravated sexual assault of a child; in trial court cause number 34,094-A (our cause
number 06-07-00012-CR), Bruce was charged with one count of aggravated sexual assault of a child
and one count of indecency with a child by contact. He was sentenced to ninety-nine years'
incarceration on each count of aggravated sexual assault of a child, to run concurrently, and to twenty
years for the indecency count, which was ordered to run consecutive to the ninety-nine-year
sentences.

 Because the issues raised in each appeal are identical, for the reasons stated in our opinion
dated this day in Bruce v. State, cause number 06-07-00011-CR, we affirm the judgment of the trial
court.



 Bailey C. Moseley

 Justice


Date Submitted: September 4, 2007

Date Decided: October 4, 2007


Do Not Publish